UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

```
BRIAN PAIVA                        )
                                   )
      V.                           )      C.A. No. 11-339L
                                   )
TRADE SECRET BEAUTY STORES,INC.,)
alias REGIS CORPORATION, alias     )
TRADE SECRET SALON                 )
```

O R D E R

There being no objection to the Report and Recommendation of Magistrate Judge David L. Martin, dated June 15, 2012, recommending that the motion for summary judgment filed by defendant Regis Corporation be granted, hereby is accepted and adopted pursuant to 28 U.S.C. § 636(b)(1)(B).

Therefore, this case is dismissed.


ENTER:


/s/Ronald R. Lagueux
Ronald R. Lagueux
Senior U.S. District Judge
October 10, 2012